JET/ADS: Aug 2018
GJ # 19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:18-cr-358-02 KOB-HNJ |
| ) | (M-19-2941-M) |
| MARIO CARBAJAL, ) | |
|   also known as, ) | |
|   "*Jose Enciso-Gutierrez*" and "*Jose*" ) | |
|   and ) | |
| -02  JUAN PABLO GARCIA SANTAMARIA ) | |

## <u>INDICTMENT</u>

<u>COUNT ONE:</u> [21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)]

The Grand Jury charges that:

Beginning not later than January 1, 2017, and continuing to on or about January 13, 2018, more exact dates being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendants,

**MARIO CARBAJAL,**
also known as,
"*Jose Enciso-Gutierrez*" and "*Jose*",
and
**JUAN PABLO GARCIA SANTAMARIA,**

did knowingly and intentionally conspire and agree with each other and others both known and unknown to the Grand Jury to knowingly and intentionally possess

with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

**COUNT TWO:** [21 U.S.C. §§ 841(a)(1), (b)(1)(A) and (b)(1)(B)]

The Grand Jury charges that:

On or about the 13th day of January, 2018, in Jefferson County, within the Northern District of Alabama, the defendant,

**MARIO CARBAJAL,**
also known as,
*"Jose Enciso-Gutierrez" and "Jose"*,

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine and 100 grams or more of a mixture and substance containing a detectable amount of heroin, each a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and (b)(1)(B).

**COUNT THREE:** [18 U.S.C. § 922(g)(5)(A)]

The Grand Jury charges that:

On or about the 13th day of January, 2018, in Jefferson County, within the

Northern District of Alabama, the defendant,

**MARIO CARBAJAL,**
also known as,
*"Jose Enciso-Gutierrez" and "Jose"*,

then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce a firearm, that is, a Taurus 9mm caliber pistol and a Smith & Wesson .38 caliber revolver, in violation of Title 18, United States Code, Section 922(g)(5).

**COUNT FOUR:** [21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

The Grand Jury charges that:

On or about the 18th day of January, 2018, in Jefferson County, within the Northern District of Alabama, the defendant,

**JUAN PABLO GARCIA SANTAMARIA,**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**COUNT FIVE:** [18 U.S.C. § 922(g)(5)(A)]

The Grand Jury charges that:

On or about the 18th day of January, 2018, in Jefferson County, within the

Northern District of Alabama, the defendant,

**JUAN PABLO GARCIA SANTAMARIA,**

then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce a firearm, that is, a Taurus .380 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(5).

A TRUE BILL

/s/ Electronic Signature
FOREPERSON OF THE GRAND JURY

JAY E. TOWN
United States Attorney

/s/ Electronic Signature
AUSTIN D. SHUTT
Assistant United States Attorney

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: V. Bauman
DEPUTY CLERK